IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Morris, Theodore B | Case Number:  07 B 22176 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  11/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 7, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 22,000.00 | 0.00 |
| 4. | Armor Systems Co | Unsecured | | No Claim Filed |
| 5. | Armor Systems Co | Unsecured | | No Claim Filed |
| 6. | Armor Systems Co | Unsecured | | No Claim Filed |
| 7. | Collection Company Of America | Unsecured | | No Claim Filed |
| 8. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 9. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 10. | CRB Service | Unsecured | | No Claim Filed |
| 11. | Armor Systems Co | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,000.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Morris, Theodore B

Printed: 3/25/08

Case Number:  07 B 22176
Judge:  Wedoff, Eugene R
Filed:  11/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

